**FILED**

JUL 2 6 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICKI S. SINGER  Bar No. 148699
2  One Embarcadero Center, 16th Floor
   San Francisco, California 94111-3628
3  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
4  Attorneys for Defendant
   DAIMLERCHRYSLER CORPORATION
5
   BISNAR & CHASE, LLP
6  BRIAN D. CHASE  Bar No. 164109
   CLARICE LETIZIA Bar No. 129331
7  1301 Dove Street, Suite 120
   Newport Beach, CA  92660
8  Telephone: (949) 752-2999
   Facsimile: (949) 752-2777
9  Attorneys for Plaintiffs FAKHIA RASHID,
   individually, and as the personal representative of the
10 Estate of MUHAMMAD HAMID MUKHTAR,
   deceased, and ABDULLA YEASSER JALINI,
11 individually

12 MCNAMARA DODGE NEY BEATTY SLATTERY
   & PFALZER
13 MARK ALAN GOODMAN Bar No. 127704
   1211 Newell Avenue P. O. Box 5288
14 Walnut Creek, CA  94596-1288
   Telephone: (925) 939-5330
15 Facsimile: (925) 939-0203
   Attorneys for Defendant DOLLAR RENT A CAR,
16 INC. and DOLLAR THRIFTY AUTOMOTIVE
   GROUP, INC.
17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20 FAKHIA RASHID, individually, and as the          CASE NO. C 05-01259 MHP
   personal representative of the Estate of
21 MUHAMMAD HAMID MUKHTAR, deceased,                STIPULATION AND [PROPOSED]
   and ABDULLA YEASSER JALINI, individually,       ORDER SELECTING ADR
22                                                  PROCESS
             Plaintiffs,
23
         v.
24
   DAIMLERCHRYSLER CORPORATION;                     JUDGE: Honorable Marilyn Hall Patel
25 DOLLAR RENT A CAR, INC., DOLLAR                   CTRM: 15
   THRIFTY AUTOMOTIVE GROUP, INC., and              DATE: 8/1/05
26 DOES 1 through 100, inclusive,                    TIME: 4:00 p.m.

27           Defendants.

28 ///

-1-
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1   Counsel report that they have met and conferred regarding ADR and have reached the
2   following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3   The parties agree to participate in the following ADR process:
4   **Private Process:**
5   √   Private ADR (*please identify process and provider*) Mediation. Provider to be
6   selected.
7   The parties agree to hold the ADR session by:
8   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
9
10   √   other requested deadline December 30, 2005.
11   Respectfully Submitted,
12   DATED: July 13, 2005   Bisnar & Chase, LLP
13
14   By: ___/s/___
15   Brian Chase
    Attorneys for Plaintiffs FAKHIA RASHID, individually,
16   and as the personal representative of the Estate of
    MUHAMMAD HAMID MUKHTAR, deceased, and
17   ABDULLA YEASSER JALINI, individually
18   DATED: July 13, 2005   McNamara Dodge Ney Beatty Slattery & Pfalzer
19
20   By: ___/s/___
21   Mark Alan Goodman
    Attorneys for Defendants DOLLAR RENT A CAR, INC.,
22   and DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,
23   DATED: July 13, 2005   SEDGWICK, DETERT, MORAN & ARNOLD LLP
24
25   By: ___/s/___
26   Micki S. Singer
    Attorneys for Defendant
27   DAIMLERCHRYSLER CORPORATION
28   ///

1  I, Micki S. Singer, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Selecting ADR Process. In compliance with General Order 45,
3  X(B), I hereby attest that Mark Alan Goodman, and Brian Chase have concurred in this filing.

By: _____/s/_____
     Micki S. Singer

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
√   Private ADR

Deadline for ADR session

    90 days from the date of this order.
√   other: December 30, 2005.

IT IS SO ORDERED.

DATED: 7/25/05

_____
THE HONORABLE MARILYN HALL PATEL
UNITED STATES DISTRICT JUDGE