| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|  | MICKI S. SINGER Bar No. 148699 |
| 2 | WAYNE A. WOLFF Bar No. 161351 |
|  | One Embarcadero Center, 16th Floor |
| 3 | San Francisco, California 94111-3628 |
|  | Telephone: (415) 781-7900 |
| 4 | Facsimile: (415) 781-2635 |
|  | Attorneys for Defendant |
| 5 | DAIMLERCHRYSLER CORPORATION |
| 6 | BISNAR & CHASE, LLP |
|  | BRIAN D. CHASE Bar No. 164109 |
| 7 | CLARICE LETIZIA Bar No. 129331 |
|  | 1301 Dove Street, Suite 120 |
| 8 | Newport Beach, CA 92660 |
|  | Telephone: (949) 752-2999 |
| 9 | Facsimile: (949) 752-2777 |
|  | Attorneys for Plaintiffs FAKHIA RASHID, |
| 10 | individually, and as the personal representative of the |
|  | Estate of MUHAMMAD HAMID MUKHTAR, |
| 11 | deceased, and ABDULLA YEASSER JALINI, |
|  | individually |
| 12 | |
|  | MCNAMARA DODGE NEY BEATTY SLATTERY |
| 13 | & PFALZER |
|  | MARK ALAN GOODMAN Bar No. 127704 |
| 14 | 1211 Newell Avenue P. O. Box 5288 |
|  | Walnut Creek, CA 94596-1288 |
| 15 | Telephone: (925) 939-5330 |
|  | Facsimile: (925) 939-0203 |
| 16 | Attorneys for Defendant DOLLAR RENT A CAR, |
|  | INC. and DOLLAR THRIFTY AUTOMOTIVE |
| 17 | GROUP, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAKHIA RASHID, individually, and as the personal representative of the Estate of MUHAMMAD HAMID MUKHTAR, deceased, and ABDULLA YEASSER JALINI, individually, | CASE NO. C 05-01259 MHP |
| | STIPULATION AND [PROPOSED] ORDER RE CONTINUATION OF MEDIATION DEADLINE |
| Plaintiffs, | |
| v. | JUDGE: Honorable Marilyn Hall Patel |
| | CTRM: 15 |
| DAIMLERCHRYSLER CORPORATION; DOLLAR RENT A CAR, INC., DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., and DOES 1 through 100, inclusive, | |
| Defendants. | |

28 //

The parties by and through their attorneys of record hereby submit to the following Stipulation to continue the deadline for completion of mediation in the above-referenced matter from December 30, 2005 to January 30, 2006.

### REASON FOR REQUEST

The parties have selected and agreed on the Hon. Steven J. Stone (Ret.) of JAMS to serve as a mediator in this matter. The deadline for private mediation is currently December 30, 2005. The parties attempted in good faith to schedule the mediation in December, however, due to scheduling conflicts and limited availability of the mediator, the parties wish to continue the arbitration deadline for one month. During the month of December, Stone was available on only three dates and has a single date available in January on January 30, 2006. Thus, the parties have agreed and confirmed to mediate this matter on January 30, 2006. The extension of the mediation deadline will in no way impact any other deadlines in this matter.

The parties stipulate and request that the Court vacate the current mediation deadline of December 30, 2005 and continue the deadline for completion of the mediation to January 30, 2006.

### STIPULATION

1. The parties and mediator agree to mediate on January 30, 2006.

2. The parties stipulate and request that the Court extend the mediation deadline from December 30, 2005, to January 30, 2006.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: October 5, 2005    Bisnar & Chase, LLP

By: _____
Brian Chase
Attorneys for Plaintiffs FAKHIA RASHID, individually, and as the personal representative of the Estate of MUHAMMAD HAMID MUKHTAR, deceased, and ABDULLA YEASSER JALINI, individually

SF/1289969v1

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE

| | | |
|---|---|---|
| 1 | DATED: October 5, 2005 | McNamara Dodge Ney Beatty Slattery & Pfalzer |
| 2 | | |
| 3 | | By: /s/ Mark Alan Goodman |
| 4 | | Mark Alan Goodman |
| | | Attorneys for Defendants DOLLAR RENT A CAR, INC., and DOLLAR THRIFTY AUTOMOTIVE GROUP, INC., |
| 5 | | |
| 6 | DATED: October 5, 2005 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Micki S. Singer |
| | | Attorneys for Defendant |
| 10 | | DAIMLERCHRYSLER CORPORATION |

October 11, 2005

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

/s/ Judge Marilyn H. Patel