1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP
MICKI S. SINGER  Bar No. 148699
2 | WAYNE A. WOLFF  Bar No. 161351
One Embarcadero Center, 16th Floor
3 | San Francisco, California 94111-3628
Telephone: (415) 781-7900
4 | Facsimile: (415) 781-2635
Attorneys for Defendant DAIMLERCHRYSLER
5 | CORPORATION and DOLLAR RENT A CAR, INC.,
and DOLLAR THRIFTY AUTOMOTIVE GROUP,
6 | INC.

7 | BISNAR & CHASE, LLP
BRIAN D. CHASE  Bar No. 164109
8 | CLARICE LETIZIA  Bar No. 129331
1301 Dove Street, Suite 120
9 | Newport Beach, CA 92660
Telephone: (949) 752-2999
10 | Facsimile: (949) 752-2777
Attorneys for Plaintiffs FAKHIA RASHID,
11 | individually, and as the personal representative of the
Estate of MUHAMMAD HAMID MUKHTAR,
12 | deceased, and ABDULLA YEASSER JALINI,
individually
13

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | FAKHIA RASHID, individually, and as the | CASE NO.  C 05-01259 MHP
personal representative of the Estate of
17 | MUHAMMAD HAMID MUKHTAR, deceased, | **STIPULATION AND [PROPOSED]**
and ABDULLA YEASSER JALINI, individually, | **ORDER RE FURTHER**
18 | | **CONTINUATION OF MEDIATION**
Plaintiffs, | **DEADLINE**
19
v.
20 | | JUDGE: Honorable Marilyn Hall Patel
DAIMLERCHRYSLER CORPORATION; | CTRM: 15
21 | DOLLAR RENT A CAR, INC., DOLLAR
THRIFTY AUTOMOTIVE GROUP, INC., and
22 | DOES 1 through 100, inclusive,

23 | _____Defendants._____

24

25 | The parties by and through their attorneys of record hereby submit to the following

26 | Stipulation to continue the deadline for completion of mediation in the above-referenced matter

27 | from January 30, 2006 to March 18, 2006.

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP 28 | / / /

SF/1307270v1 | -1-
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE

1

## REASON FOR REQUEST

2       The parties have selected and agreed upon Justice Steven Stone of JAMS to serve as the

3  mediator in this matter. Mediation had been scheduled for January 30, 2006, the same date as the

4  mediation deadline set by this Court. For the reasons set forth below, the parties jointly request

5  that the mediation deadline be continued.

6       The parties have been diligent in their mutual efforts to prepare the case for mediation.

7  Written and document discovery has been obtained. The deposition of the vehicle's driver has

8  been taken.  The parties' experts have inspected the vehicle. Unfortunately, as discussed below,

9  certain out-of-state medical providers have failed to timely provide important records and thus,

10  plaintiffs' depositions and the mediation could not go forward as scheduled.

11       Following the Case Management Conference on August 1st, DCC propounded discovery

12  to plaintiffs in order to obtain pertinent medical, employment and other records. Plaintiffs timely

13  responded to this discovery; subpoenas and authorizations for the records were provided and/or

14  served the first week in October. However, records from several key providers have not yet been

15  obtained, including EMT and fire reports and records of plaintiffs' initial hospitalizations.[1]  As a

16  result, plaintiffs depositions which had originally been scheduled for November 29th and

17  December 2nd (and then rescheduled for December 15th and 16th) have been taken off calendar.

18  Counsel for both sides are working together to obtain the records and expect to reschedule the

19  depositions for mid-February. Following the depositions, the parties will be in a position to

20  participate in a meaningful mediation.

21       The parties have reserved March 17, 2006 with Justice Stone for mediation.

22  Accordingly, the parties desire to continue the mediation deadline to March 18, 2006. The

23  extension of this deadline will in no way impact any other deadlines in this matter.

24  ///

25  ///

26

27      [1] The providers in question are located in Utah, where the accident took place. Several of these providers rejected signed authorizations and refused to accept a subpoena, while another

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP 28  simply claimed to have never received an authorization.

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE

1

## STIPULATION

2    1.    The parties and mediator agree to mediate on March 17, 2006.

3    2.    The parties stipulate and request that the Court extend the mediation deadline

4    from January 30, 2006, to March 18, 2006.

5    IT IS SO STIPULATED.

6
                                            Respectfully Submitted,
7
     DATED:  January 17, 2006              Bisnar & Chase, LLP
8

9
                                      By: _____
10                                          Brian Chase
                                            Attorneys for Plaintiffs FAKHIA RASHID, individually,
11                                          and as the personal representative of the Estate of
                                            MUHAMMAD HAMID MUKHTAR, deceased, and
12                                          ABDULLA YEASSER JALINI, individually

13

14   DATED: January 17, 2006              SEDGWICK, DETERT, MORAN & ARNOLD LLP

15

16                                    By: _____
                                            Micki S. Singer
17                                          Attorneys for Defendants DAIMLERCHRYSLER
                                            CORPORATION and DOLLAR RENT A CAR, INC.,
18                                          and DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

SEDGWICK
DETERT, MORAN & ARNOLD LLP  28   / / /

SF/1307270v1                              -3-
STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE

1    **STIPULATION**

2        1.    The parties and mediator agree to mediate on March 17, 2006.

3        2.    The parties stipulate and request that the Court extend the mediation deadline

4    from January 30, 2006, to March 18, 2006.

5    IT IS SO STIPULATED.

6    
                                      Respectfully Submitted,

7    DATED:  January 18, 2006          Bisnar & Chase, LLP

8    

9                                            By:

10                                             Brian Chase

11                                           Attorneys for Plaintiffs FAKHIA RASHID, individually, and as the personal representative of the Estate of MUHAMMAD HAMID MUKHTAR, deceased, and

12                                           ABDULLA YEASSER JALINI, individually

13   

14   DATED: January 18, 2006          SEDGWICK, DETERT, MORAN & ARNOLD LLP

15   

16                                           By:

17                                             Micki S. Singer
                                        Attorneys for Defendants DAIMLERCHRYSLER CORPORATION and DOLLAR RENT A CAR, INC.,

18                                           and DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.,

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE

1    I, Micki S. Singer, am the ECF User whose ID and password are being used to file this

2    Stipulation and [Proposed] Order Continuing the Mediation Deadline.  In compliance with

3    General Order 45, X(B), I hereby attest that Brian Chase has concurred in this filing.

By: _____
          Micki S. Singer

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the deadline for mediation in the above captioned

matter is hereby continued to March 18, 2006.

11    IT IS SO ORDERED.

13    DATED: _January 29, 2006_



THE HONOR... ATEL
UNITED STA...
Judge Marilyn H. Patel

SEDGWICK
DETERT, MORAN & ARNOLD LLP