Micki Singer (CSB#148699)
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
PH 415/781-7900   FX 415 781-2635

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FAKHIA RASHID, et al.

Plaintiff(s)

v.

DAIMLERCHRYSLER CORPORATION, et al.

Defendant(s)

CASE NUMBER:

C 05-01259 MHP

**SUBSTITUTION OF ATTORNEY**

DOLLAR RENT A CAR, INC., DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.
*Name of Party*
[ ] Plaintiff [X] Defendant [ ] Other _____

hereby substitutes MICKI S. SINGER, SEDGWICK DETERT MORAN & ARNOLD LLP who is

[X] Retained Counsel [ ] Court Appointed Counsel [ ] Pro Per 1 MARKET PLZ STEUART TOWER 8TH FL
*Street Address*

SAN FRANCISCO, CA 94105      415 781-7900      415 781-2635      148699
*City, State, Zip Code*           *Telephone Number*     *Facsimile Number*     *State Bar Number*

as attorney of record in the place and stead of MARK A. GOODMAN, MCNAMARA DODGE NEY BEATTY SLATTERY & PFALZER
*Present Attorney*

Dated: JANUARY 26, 2006 _____

_____
*Signature of Party*

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: JANUARY 11, 2006 _____

_____
*Signature of Present Attorney*

MARK A. GOODMAN (SB#127704)

I am duly admitted to practice in this District pursuant to Local Rule 83-2.8.

Dated: JANUARY ___ 2006 3/21/06

_____
*Signature of New Attorney*

MICKI S. SINGER (SB#148699)

Substitution of Attorney is hereby [ ] Approved. [ ] Denied.

Dated: March 27, 2006.

United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

NOTICE TO COUNSEL: *If you are currently enrolled in the Optical Scanning Program and have changed your ___ address since your enrollment, you must complete an Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile number or e-mail address. This form, as well as information about the Optical Scanning Program, is available on the Court's website at* **www.cacd.uscourts.gov.**

SUBSTITUTION OF ATTORNEY

G-01 (08/02)                                                                CCD-G1