1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   MICKI S. SINGER  Bar No. 148699
2  DENNIS E. RAGLIN BAR NO. 179261
   One Market, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Defendant and Cross-Defendant
   DAIMLERCHRYSLER CORPORATION and
6  Defendant and Cross-Complainant DOLLAR RENT A
   CAR AND DOLLAR THRIFTY AUTOMOTIVE
7  GROUP, INC

8

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12
   FAKHIA RASHID, individually, and as the          CASE NO. C 05-01259 MHP
13 personal representative of the Estate of
   MUHAMMAD HAMID MUKHTAR, deceased,              **STIPULATION AND ORDER OF**
14 and ABDULLA YEASSER JALINI, individually,     **DISMISSAL OF ACTION**
                                                 **(COMPLAINT AND CROSS-**
15          Plaintiffs,                          **COMPLAINT) WITH PREJUDICE**

16     v.                                        **[FRCP 41(a)(1)]**

17 DAIMLERCHRYSLER CORPORATION;
   DOLLAR RENT A CAR, INC., DOLLAR
18 THRIFTY AUTOMOTIVE GROUP, INC., and
   DOES 1 through 100, inclusive,
19
            Defendants.
20

21

22
          IT IS HEREBY STIPULATED, by and between the parties to this action, through their
23
   attorneys of record, that the entire action herein, including the Complaint filed by plaintiffs
24
   against defendants DAIMLERCHRYSLER CORPORATION ("DCC") and DOLLAR RENT A
25
   CAR AND DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.("DOLLAR") and the Cross-
26
   Complaint filed by DOLLAR against DCC, be dismissed with prejudice pursuant to FRCP
27
   41(a)(1).
28
   ////

SF/1328497v1                          -1-

1

2  Dated: _4/26/06_

3

4

5

                                 BISNAR & CHASE, LLP

                                 By _____

                                   BRIAN D. CHASE

                                   Attorneys for Plaintiffs

6

7

8  Dated: _4/27/06_

                                   SEDGWICK, DETERT, MORAN & ARNOLD

9                                     LLP

10                                    By _____

11                                    DENNIS E. RAGLIN

                                   MICKI S. SINGER

12                                    Attorneys for Defendant and Cross-Defendant

                                   DAIMLERCHRYSLER CORPORATION and

13                                    Defendant and Cross-Complainant DOLLAR

                                   RENT A CAR AND DOLLAR THRIFTY

14                                    AUTOMOTIVE GROUP, INC.

15

16

17                                    **ORDER**

18

19      Pursuant to stipulation of the parties, and FRCP 41(a)(1), IT IS HEREBY ORDERED

20 that the entire action, including the Complaint and Cross-Complaint be, and hereby is,

21 DISMISSED WITH PREJUDICE.

22 Dated: April 28, 2006

23

24

25

26

27

28

                                     IT IS SO ORDERED

                                     Judge Marilyn H. Patel

SF/1328497v1

STIPULATION AND ORDER DISMISSING ACTION